CALLANAN ROAD IMPROVEMENT COMPANY, Respondent, *v.* ARTHUR McMULLEN COMPANY et al., Respondents, and ULSTER DAVIS, INC., et al., Appellants.

Argued January 13, 1939; decided February 21, 1939.

*Ernest B. Morris, William E. Woollard, Homer E. Peters* and *Edwin L. Fowler* for appellants.

*Francis Kelliher* for Arthur McMullen Company, respondent.

*Thomas W. Cantwell* for plaintiff, respondent.

*Frederick W. Newton* for Charles O. Nichols et al., respondents.

*Stanton Ablett* for Peter McCabe, respondent.

*C. Emory Lochner* for New York State National Bank, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, LOUGHRAN and FINCH, JJ. Dissenting: O'BRIEN, HUBBS and RIPPEY, JJ.